UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**
MAY -6 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. S1 4:15 CR 340 AGF (NAB) |
| ) | |
| BRIAN GERKENS, ) | |
| ) | |
| Defendant. ) | |

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

The United States Attorney charges that:

### COUNT ONE

Between on or about May 1, 2007 and continuing through on or about July 31, 2012, the defendant,

**BRIAN GERKENS,**

in the Eastern District of Missouri, did willfully and knowingly steal and purloin property of the United States, in violation of 18 U.S.C. § 641.

Respectfully submitted,

RICHARD G. CALLAHAN
United States Attorney

*/s/ Carroll*
GWENDOLYN E. CARROLL
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri  63102

UNITED STATES OF AMERICA )
EASTERN DIVISION )
EASTERN DISTRICT OF MISSOURI )

I, Gwendolyn E. Carroll, Assistant United States Attorney for the Eastern District of Missouri, being duly sworn, do say that the foregoing information is true as I verily believe.

_____
GWENDOLYN E. CARROLL

Subscribed and sworn to before me this __6th__ day of May 2016.

_____
CLERK, U.S. DISTRICT COURT

By: _____
DEPUTY CLERK